UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNAAL SHARMA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No.: C-12-2444-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled for October 22, 2012. "Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f), counsel must file a Joint Case Management Statement addressing all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." Civil L.R. 16-9(a). A Joint Case Management Statement was not filed.

The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on <u>Monday, November 5, 2012</u> at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than <u>October 29, 2012</u>, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference is **CONTINUED** to <u>November 5, 2012</u> at 2:00 p.m.

**IT IS SO ORDERED.**

1
2   Dated: October 16, 2012
3
                                  **YVONNE GONZALEZ ROGERS**
                                  **UNITED STATES DISTRICT COURT JUDGE**